## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WELLS FARGO INSURANCE SERVICES OF MINNESOTA, INC.,** | CASE NO. 8:08CV505 |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| **WAYNE H. McDERMOTT, SHARON L. McDERMOTT, and DIVERSIFIED BENEFITS GROUP, LLC,** | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing Nos. 28 & 30), with prejudice.

Upon review of the Stipulation, and being duly advised in the premises, this Court finds the Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter be and hereby is dismissed, with prejudice, each side to bear his, her, or its own attorney fees and costs.

Dated this 15th day of January, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

Prepared by:
Patrick M. Flood, #19042
HOTZ, WEAVER, FLOOD, BREITKREUTZ
 & GRANT
444 Regency Parkway Drive, Suite 310
Omaha, NE  68114
(402) 397-1140
(402) 397-1199 (facsimile)
Attorney for Defendants